UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00362-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ALBERTO ROSENTHAL-GOLDMAN,
a/k/a "Jorge Gonzalez,"
a/k/a "Medero Rodriguez-Bandegas,"

      Defendant.

_____

**ORDER**
_____

      This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Friday, December 1, 2006,** and responses to these motions shall be filed by **Monday, December 11 , 2006.** It is

      FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, December 19, 2006, at 4:00 p.m., in courtroom A-1002.** It is

      FURTHER ORDERED that a three-day jury trial is set to commence **Tuesday, January 2, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: November 8, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge